11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Payless
Cashways, Inc. and Robert Chriesman

Appellants

Vs.                   No.
11-02-00161-CV  B Appeal from Taylor County

Elvin Smith and wife Rebecca
Smith, Individually and as Next

Friends of
Phillip J. Smith and Jody D. Smith, Minors

Appellees

 

The
parties have filed in this court a joint motion to dismiss the appeal.  In their motion, the parties state that they
no longer desire to pursue this appeal and request that the appeal be dismissed
with costs taxed against the party incurring the same.  The motion is granted.  TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

August 15, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.